# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2018

Stephen J. Markman,
Chief Justice

157991(88)(89)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

In re CHURCHILL/BELINSKI, Minors.

SC: 157991
COA: 337790
Clare CC Family Division:
  16-000046-NA

_____/

On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys Asaf Orr and Emily Haan to appear and practice in this case under MCR 8.126(A) are GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



Clerk